UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ANDREW DAVID LLOYD MILLER, | Case No. 25-CV-1396 (PJS/JFD) |
| Plaintiff, | |
| v. | ORDER |
| MOLLY MACONE, et al., | |
| Defendants. | |

---

This matter is before the Court on plaintiff's motion to lift the filing restriction, which, absent court permission, restricts plaintiff from filing anything but a single notice of appeal.  *See* ECF Nos. 80, 111.

Plaintiff's motion [ECF No. 112] is denied, as plaintiff's voluminous flow of frivolous filings shows no sign of abating.  For example, the packet of materials plaintiff recently submitted included a "Motion to Protect Global Media Defenders of Truth and to Compel the Transparent Identification of All Public Satanic Allegiances" and an "Emergency Motion to Halt Unjust Wars, Defund Global Conflict, and Protect the Human Race under Natural Law and Spiritual Covenant."  The Court will not permit plaintiff to consume court resources with such bizarre and nonsensical filings.

SO ORDERED.

Dated:  May 16, 2025                                    /s/ Patrick J. Schiltz
                                                        Patrick J. Schiltz, Chief Judge
                                                        United States District Court

CASE 0:25-cv-01396-PJS-JFD     Doc. 113     Filed 05/16/25     Page 2 of 2